UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20896-CIV-LENARD/LOUIS

**KERI WUJCIK-PAQUETTE,**

    Plaintiff,

v.

**NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,**

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On May 26, 2023, the parties amicably settled this personal-injury case, so they hereby stipulate to the dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties ask the Court to retain jurisdiction to enforce the terms of the settlement agreement.

Dated: May 26, 2023.

Respectfully submitted,

| | |
|---|---|
| Peter G. Walsh (Fla. Bar No. 970417) | Todd L. Sussman (Fla. Bar 0084729) |
| pwalsh@1800askfree.com | tsussman@nclcorp.com |
| David W. Singer & Associates PA | Norwegian Cruise Line |
| 1011 South Federal Highway | 7665 Corporate Center Drive |
| Hollywood, FL 33020 | Miami, FL 33126 |
| 954-920-1571 | 305-436-4653 |
| Attorneys for Plaintiff, Keri Wujcik-Paquette | Attorneys for Defendant, NCL (Bahamas) Ltd. |